Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

United States Courts
Southern District of Texas
FILED

*08/27/2024*

Nathan Ochsner, Clerk of Court

Tiffany Autumn Luna-Vides
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Sabrina Annlynn Carpenter
Island Def Jam Music Group
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tiffany Autumn Luna-Vides
   Street Address: 6822 Avenue V Unit #2
   City and County: Houston (Harris)
   State and Zip Code: Texas 77011
   Telephone Number: (281) 504-7737
   E-mail Address: tiffanyslullaby@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Sabrina Annlynn Carpenter
Job or Title (if known): Artist, Recording Artist
Street Address: 1755 Broadway Street
City and County: New York (Manhattan)
State and Zip Code: New York 10019
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: Island Def Jam Music Group
Job or Title (if known): Recording Studio, Studio of Sabrina Carpenter
Street Address: 1755 Broadway Street
City and County: New York (Manhattan)
State and Zip Code: New York 10019
Telephone Number: (888) 474-4979
E-mail Address (if known): umpg.royalty@umusic.com

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Copyright Infridgement.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Tiffany Autumn Luna-Vrdly, is a citizen of the State of *(name)* Texas.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Sabrina Annlynn Carpenter, is a citizen of the State of *(name)* California/Pennsylvania. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Island bef Jam Music Group, is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California / New York.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$3,000,000; Three million, as the song was massively successful, all at my expense.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Sabrina Carpenter's "Espresso" is ripped off my song "I'm In Love", specifically, the beat, along with the lyrics "shading" me. Sabrina hung out with my public ex Justin Bieber and his wife (my impersonator as well) Hailey Bieber ~~[redacted]~~ in the week the song was released. I have a seperate case on the Biebers because of aggravated stalking and harrassment in Harris County #202402389. They hung out with Sabrina to put Sabrina against me and copyright infridge off my song, along with lost wages.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ~~[scratched out]~~ wish for the song to be taken down, & the least, I get %100 royalties with credit being given to my name, and my song, everywhere that "Espresso" is published.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/01/2024 (Thursday)

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Tiffany Autumn Luna-Vieli

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____