**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TIFFANY AUTUMN LUNA-VIDES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 4:24-cv-03215 |
| v. | ) | |
| | ) | Judge Charles R. Eskridge III |
| SABRINA ANNLYNN CARPENTER, | ) | Magistrate Judge Christina A. Bryan |
| and ISLAND DEF JAM MUSIC | ) | |
| GROUP, | ) | |
| | ) | |
| Defendants. | | |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

| Ex. | Description |
|---|---|
| A | Printout of information associated with Copyright Registration No. PA0002479655 (May 1, 2024) |
| B | Opposition to Motion to Dismiss for Lack of Jurisdiction, *Luna-Vides v. Carpenter*, No. 2024-27736 (152nd Dist. Ct., Harris County, Tex. Aug. 28, 2024) |
| C | Petition, *Luna-Vides v. Bieber*, No. 2024-02389 (281st Dist. Ct., Harris County, Tex. Jan. 12, 2024) |
| D | Tiffany A. Luna, *Bad Apples In The Industry*, https://tiffanyaluna.com/bad-apples-in-the-industry/ (last visited Dec. 9, 2024) |
| E | Transcription of lyrics for "I'm In Love" by Tiffany A. Luna (transcribed from Tiffany A. Luna, *I'm In Love (Official Lyrics Video)*, YouTube (July 24, 2024), https://www.youtube.com/watch?v=i9iyGCReEHk) |
| F | Lyrics of "Espresso" by Sabrina Carpenter |
| G | Declaration of Sabrina Annlynn Carpenter |

# Exhibit A

Printout of information associated with
Copyright Registration No. PA0002479655 (May 1, 2024)

Defendants' Mot. to Dismiss Pl.'s Compl.
& Mem. of Law in Supp.

*Luna-Vides v. Carpenter*,
No. 4:24-cv-03215 (S.D. Tex.)

# Copyright

---

**Registration Number / Date:**
PA0002479655 / 2024-05-01

**Preregistration Number / Date:**

**Type of Work:**
Music

**Publisher Label Number:**
Moonliqht Records

**Title:**
Works Published on the Album Luminescence.

**Application Title:**
Works Published on the Album Luminescence.

**Appears in:**
Luminescence

**Copyright Claimant:**
Tiffany Autumn Luna-Vides, 1996- . Address: 6822 Avenue V, #2, Houston, TX, 77011, United States.

**Authorship on Application:**
Tiffany Autumn Luna-Vides, 1996- ; Domicile: United States; Citizenship: United States. Authorship: Musical work(s) (with or without lyrics): All Tracks Being Registered.

**Rights and Permissions:**
Tiffany Autumn Luna-Vides, (281) 504-7737, business@tiffanyaluna.com

**Description:**
Description

**Copyright Note:**
C.O. correspondence.
Regarding group registration: A group of musical works may be registered in Class PA under 37 C.F.R. 202.4(k) if the following requirements have been met: 1) all of the musical works must be contained on the same album, as defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may include up to twenty musical works; 3) all the works in the group must be published on the same album and on the same date, all the works must be first published in the same country, and the date and nation of first publication for the album must

be specified in the application; 4) the application must provide the title for the album and a title for each work in the group; 5) all the works in the group must be created by the same author, or the works must have a common joint author; 6) the copyright claimant or co-claimants for all of the works in the group must be the same person or organization; and 7) the works may be registered as works made for hire if they are identified in the application as such.

**Nation of First Publication:**

United States

**Names:**

Luna-Vides, Tiffany Autumn 1996-

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/36971152

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Exhibit B

Opposition to Motion to Dismiss for Lack of Jurisdiction, *Luna-Vides v. Carpenter*, No. 2024-27736 (152nd Dist. Ct., Harris County, Tex. Aug. 28, 2024)

Defendants' Mot. to Dismiss Pl.'s Compl.
& Mem. of Law in Supp.

*Luna-Vides v. Carpenter*,
No. 4:24-cv-03215 (S.D. Tex.)

2024-27736

P.2

**FILED**
Marilyn Burgess
District Clerk

AUG 28 2024
3:24 PM
Time: _____
Harris County, Texas
By: Katina Williams
Deputy

**MOTION OF OPPOSITION**

Tiffany A. Luna-Videz
Print Plaintiff's Name

In the 152nd _____
☒ District court
☐ County court at law

Sabrina Carpenter
Prior Defendant's Name
Island Def Jam Records

Harris _____ county, TX

Case No. #2024-27736

I, Tiffany Autumn Luna-Vrly, am the
Print Your Name
☒ **Plaintiff**
☐ **Defendant** in this case.

1.  I respectfully ask that this Court deny the other party's Motion.
    Motion To Dismiss For Lack of Jurisdiction
    Print The Name Of The Motion You Oppose

2.  I would like this Court to deny the other party's Motion because:

An injunction to stop an offender from distributing and making profit from stolen property is not only valid, but **ILLEGAL**. After receiving legal advice from Houston Volunteer Lawyers Association on July 29, 2024, filing this lawsuit in my jurisdiction was valid. Defendants are also wealthy and can afford to show up to the court dates. The Copyrighted Registration Number to my song I'm In Luv, which is on the Jumpin Gene album, is PA0002479655, so I own it.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## Request for Relief

I **RESPECTFULLY REQUEST** that the Court grant my Motion.

I declare under penalty of perjury that the foregoing is true and correct.

*If this document is to be signed outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States, additional requirements must be met prior to signing. See Super. Ct. Dom. Rel. R. 2(c)(1)(B).*

_____
Sign Your Name

Tiffany Ao France-Vicker
Print Your Name

Don't want to write an address
Home Address

Wed. 08/28/2024 @ 2:47pm
Date

(281) 504-7737
Phone Number

tiffanys-lullaby@gmail.com
E-mail Address

☒ SUBSTITUTE ADDRESS: CHECK BOX IF YOU HAVE WRITTEN SOMEONE ELSE'S ADDRESS BECAUSE YOU FEAR HARASSMENT OR HARM.



**United States Copyright Office**

Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0002479655
Search Results: Displaying 1 of 1 entries



◄ previous     next ►

---

Labeled View

---

### *Works Published on the Album Luminescence.*

**Type of Work:** Music

**Registration Number / Date:** PA0002479655 / 2024-05-01

**Application Title:** Works Published on the Album Luminescence.

**Title:** Works Published on the Album Luminescence.

**Appears in:** Luminescence

**Publisher Number:** Moonliqht Records

**Description:** Electronic file (eService)

**Copyright Claimant:** Tiffany Autumn Luna-Vides, 1996- . Address: 6822 Avenue V, #2, Houston, TX, 77011, United States.

**Date of Creation:** 2023

**Date of First Publication for the Album:** 2023-10-23

**Nation of First Publication:** United States

**Authorship on Application:** Tiffany Autumn Luna-Vides, 1996- ; Domicile: United States; Citizenship: United States. Authorship: Musical work(s) (with or without lyrics): All Tracks Being Registered.

**Rights and Permissions:** Tiffany Autumn Luna-Vides, (281) 504-7737, business@tiffanyaluna.com

**Copyright Note:** C.O. correspondence.

Regarding group registration: A group of musical works may be registered in Class PA under 37 C.F.R. 202.4(k) if the following requirements have been met: 1) all of the musical works must be contained on the same album, as defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may include up to twenty musical works; 3) all the works in the group must be published on the same album and on the same date, all the works must be first published in the same country, and the date and nation of first publication for the album must be specified in the application; 4) the application must provide the title for the album and a title for each work in the group; 5) all the works in the group must be created by the same author, or the works must have a common joint author; 6) the copyright claimant or co-claimants for all of the works in the group must be the same person or

organization; and 7) the works may be registered as works made for hire if
they are identified in the application as such.

**Titles of Works:** I'm In Love, Album Track Number 1

Treasure, Album Track Number 2

I Need You, Album Track Number 3

I Love You, Album Track Number 4

Rare (Self-Sufficient), Album Track Number 5

I Ain't Going Nowhere, Album Track Number 6

Otherside (Henry), Album Track Number 7

Shadow of Your Wings (Father), Album Track Number 8

Shadow of Your Wings (Mother), Album Track Number 9

Change, Album Track Number 10

My Story (Thinking), Album Track Number 11

Drive Through, Album Track Number 12

Mirror (Justin), Album Track Number 13

Human Nature, Album Track Number 14

The Path, Album Track Number 15

Stay, Album Track Number 16

Colored Glasses, Album Track Number 17

Torch, Album Track Number 18

You'll Be Inside My Heart, Album Track Number 19

**Names:** [Luna-Vides, Tiffany Autumn, 1996-](#)



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

[Help](#)  |  [Search](#)  |  [History](#)  |  [Titles](#)  |  [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

# Exhibit C

Petition, *Luna-Vides v. Bieber*, No. 2024-02389
(281st Dist. Ct., Harris County, Tex. Jan. 12, 2024)

Defendants' Mot. to Dismiss Pl.'s Compl.
& Mem. of Law in Supp.

*Luna-Vides v. Carpenter*,
No. 4:24-cv-03215 (S.D. Tex.)

2024-02389

**FILED**
Marilyn Burgess
District Clerk

**Civil Lawsuit Petition**

2024   02389   261st

JAN 12 2024

**Tiffany A. Luna-Vicles**
_____ §   In the Justice Court of Harris County, Texas
§   Precinct _____   Place _____   By **B. Denmon**
**Plaintiff(s)** §                                    Deputy

Time: **2:29 PM**
Harris County, Texas

*vs.* §

**Hailey Rhode Bieber**
**Justin Drew Bieber** §
**Defendant(s)** §

*Plaintiff:* **Individual**
_____

Describe the legal nature of the plaintiff (*e.g., individual, sole proprietorship, partnership, corporation*)

*Defendant:* **Hailey Rhode Bieber**
Address: **1710 Tropical Avenue**
City: **Beverly Hills**   State: **CA**   Zip: **90210**   Date of Birth *(if applicable)*: **11/12/1996**
**03/01/1994**
Describe the legal nature of the defendant (*e.g., individual, sole proprietorship, partnership, corporation*)
**Individuals**

*Defendant may be served by serving _____
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process
for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at*
**1710 Tropical Avenue, Beverly Hills, CA 90210**
*(state the address for service of process).*
The defendant's usual place of business or residence, or other place where defendant can probably be found is **5990 Malburg Way,**
**Vernon, CA 90058; 1755 Broadway, New York, NY 10019**

**Cause of Action**
*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the
defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If
you are seeking personal property, you must describe the property and state the value of the property.)*
**Left Justin February 2022, 'till this day, they continue to**
**aggravatedly stalk and harass me, the police has been involved**
**as well. I am suing for:**
**Misappropriation of Likeness, Aggravated Harassment and Emotional distress.**

**Relief Requested** *(Describe the relief you are requesting, itemizing the amount of damages you are seeking.)*
**$10,000,000.**

*Respectfully submitted,*
**Tiffany Luna-Vicles**
*Signature of Plaintiff or Plaintiff's Attorney of Record*
Address: **6822 Avenue V #2, Houston, TX 77011**
Telephone: **(281) 504-7737**
E-Mail Address: **Tiffanyslullaby@gmail.com**

Printed Name: **Tiffany A. Luna-Vicles**
State Bar No. _____
Fax Number: **N/A**

**X** Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# Exhibit D

Tiffany A. Luna, *Bad Apples In The Industry*,
https://tiffanyaluna.com/bad-apples-in-the-industry/ (last visited Dec. 9, 2024)

Defendants' Mot. to Dismiss Pl.'s Compl.
& Mem. of Law in Supp.

*Luna-Vides v. Carpenter*,
No. 4:24-cv-03215 (S.D. Tex.)





# BAD Apples In The Industry

*Tiffany values humane treatment for all in any professional industry, which is why she feels **obligated** to share her unprofessional experiences and/or victimizations with the world.*

*Sabrina Carpenter*

Music



Sabrina Carpenter plagiarized off my song "I'm In Love" with her latest release "Espresso", which was premiered on Friday, April 12, 2024.



Not only does it obviously sound alike, I know this with absolute certainty because she hung out with my public ex and his snake "wife" on April 13th, 2024 at the year's Coachella. And I'm sure they hung out also when I was on in my personal life between April 11, 2024 to April 13th, 2024 when they were aggravatedly harassing me off my work phone, tryna f* with my mind. They have been aggressively stalking me within my personal life as well, *especially* in my personal life.

I frequent classifieds, and during this period of my life, I had posted ads (online) for big personal things that were going on in my life – taking moving for example. That's where Justin

and Jezebel continued to "blend in", pretending to be the people I was seeking from. That's where they would camouflage with the rest, then in this particular day (Friday, April 12th, 2024), they asked me to call them, it was late at night.

I found myself in a situation where I had to put my phone on "Airplane Mode" for a few hours because of an airplane flight (really didn't want to reveal this! 😔 ), and once I got to my destination, I called that number that asked to call them two hours later, that's when they started verbally abusing and insulting me. It was a Man behind this phone call, but I am absolutely sure that he wasn't the only one alone in that room/place/call. He bawled on, about why I was calling at two in the morning, and that: "I must be on drugs – on meth", how "rude" I was for calling in the middle of the night, because he was sleeping, people are sleeping, and if: "I am always this rude." I knew however, that this "anger" wasn't because of any of this, as it's already been proven by the fact that <u>they asked me to call them.</u> Then they exposed themselves by the nasty messages they sent right after, when they were supposedly 'looking' for someone to hire.

Before this event occurred however, they had called me throughout the day, sending nasty messages as well, from different numbers. In the past, they were very cautious about

concealing themselves, by using numbers to hide where they where from, sometimes, they would try to "F*" with my mind (mainly Jezebel), by using phone numbers that were similar to my work number, where they were harassing me from. Jezebel's use of the similarities of my work number, is _associated_ with the impersonation of me (copying me).

As aforementioned, Justin and Jezebel stalk me (spiritually, _especially_!), so before this oncoming moment, they saw that I had a "new" song added to my music on one of my personal social medias,



where it had a "Sabrina Carpenter" song, and that's where I guess they decided to form an alliance with Sabrina Carpenter, and attack me.



**(831) 226-4364** 



Hello Tiffany
I called to offer you housing and work. Currently looking for help with my businesses and houses I rent.
Thank you

(831) 226-4364 · Apr 11, 4:4...

Good evening to you I apologize that I wasn't able to answer at the time. I'm *still* seeking and I'm interested, please tell me more.

Did you read about the finances part, and helping in the way I canto



**(831) 226-4364** 

avocado farm.
I harvested 2500
avocados last and this
year will be the same.
Also one of my
businesses is a sports
car, race car restoration
shop.

So if you love organic
gardening and would like
to learn how to manage a
small urban avocado
farm this is a great
opportunity.

Please be positive and
ready for the job.

Free rent if you are
working full time for pay.













**(831) 226-4364**



What time?

(831) 226-4364 · Apr 12, 2:3…

Are you on drugs

You are one dumb fucking bitch

Straight to business it's 2 AM you stupid bitch

Clown  hoe

With a fake phone number
Google number bitch



(831) 226-4364 · Apr 12, 4:1…

(720) 534-4164

Beauty, Fashion, Uncategorized





← (720) 534-4164

Can you clean in lingerie

Apr 18, 2:11 p.m.

Pic?

Apr 18, 2:50 p.m.

Or sold your thong

Apr 18, 3:30 p.m.

150 for your thong if you
model it for me before
giving it to me

Apr 19, 8:29 a.m.



200$$



Apr 23, 11:49 a.m.

*(720) 534-4164, creep from the Denver area.*

*H. Rhode Bieber (née Baldwin)*

Beauty, Business, Fashion



"I don't want to speak too much about my personal life, but I started dating my ex-fiance early April 2021, and it took H. 4 months to find out about me, and since then she had started impersonating me (September 2021), even long after I left Justin in early March 2023. She had copied me from my likeness, to my "Snowflakes" music video to her even competing with me on "whose been through worse" when she gave herself a heart attack.

I posted a screenshot of the "Snowflakes" music video link, because I know that once they find out about this, they attempt to delete it:

← **Posts** Follow

 justinbieber 



♡ ○ ◁ ⊓

**3,207,407 likes**

View all 8,220 comments

December 14, 2021

I haven't been her only victim — in fact, I'm her second, and much after I was learning of nastier things.

I left a postscript on my social media as well (at the time), where I had originally written it Thursday, October 6th, 2022, and it was really hard to disclose."

Joseph Hernandez

Film, Music

"I was in the beginning stages of producing my "Luminescence" album (Late Summer 2021), and was looking for help of a Music producer, in which after my classified ad, Joseph responded via e-mail. We met up in person and came towards the vision of the project. From e-mail we surpassed onto Snapchat.

In the two times that we met up, he spent most of the time just redirecting the project towards our personal lives, then, we would go out to "get coffee", which would make the time we had together pass, to reschedule again. To make matters worse, it was obvious he had sexual intents towards me:

The first time we met up, he made it seem like "he needed to take a nap (we met up past 10PM)" and he was laying on

the floor, asking me if I could tell that he was aroused.

The second time, he said that he needed to take a call, or go to the restroom, then as he was coming back (the door remained half opened), he had opened his bedroom door, checking on the comfiness of his bed, implying that we were going to have sex.

One of the nights on Snapchat, he asked me for my songs, in which I knew he planned to steal, then went on to post a "story" where he was producing a beat similar to one of my unreleased songs.

He had a home music studio, which was located at 5250 Pease street, Houston, TX 77023, at the time when I was there, it looked like this:



The e-mail addresses in which we corresponded from was josephh0650@gmail.com and josephh0650@yahoo.com. His

Snapchat username was @gcbrtf with no bitmoji made, dark blue."

 **J H**   

J H

Of course. Thank you Tiffany.

TODAY

J H

Hey Tiffany. Do you think you could send me the lyrics to the instrumental you showed me.

YOU DELETED A CHAT

ME

Yes I surely can! Do I just copy and paste it here?

YOU DELETED A CHAT

YOU DELETED A CHAT

J H

The first one was right

Ty

Would you mind if I made edits to the lyrics.

I want to play with a few things

YOU DELETED A CHAT

ME

Edits? I would mimd cuz if you produced it os basically stolen you know?

 **J H**  

YOU DELETED A CHAT

YOU DELETED A CHAT

**J H**

The first one was right

Ty

Would you mind if I made edits to the lyrics.

I want to play with a few things

YOU DELETED A CHAT

**ME**

Edits? I would mimd cuz if you produced it os basically stolen you know?



Send a chat

### Sugar Hill Recording Studios

Music

"Located in 5626 Brock street, Houston, TX 77023, I called Sugar Hill Recording Studios during my summer vacation at the tender age of fifteen years old. This was during the chapter of my life where I was making research on how to become a musician, thinking that I needed someone's approval to "be it". After gaining some information in addition to explaining who I was and my situation, the receiver (who I believe was one of the music producers, as he had stated so) expressed that he could help me only if I would "take care of him", by giving him oral sex. When I articulated that I would rather just gather the money, he conveyed that "money wouldn't be necessary" and I hung up.

I believe that the gentleman was a Hispanic male."



Don't forget to show Tiffany some extra ♥ by **shopping**!

**QUICK LINKS**

Home    Music

About Me    Tour

Portfolio

Videos

**IMPORTANT**

Privacy Policy

Terms of Use

Refund and Returns Policy

Do Not Sell Policy

**SOCIALS**

 

© Tiffany A♡ Luna 2021-2024 | All Rights Reserved | Designed By Sajeeb

# Exhibit E

Transcription of lyrics for "I'm In Love" by Tiffany A. Luna (transcribed from Tiffany A. Luna, I'm In Love (Official Lyrics Video), YouTube (July 24, 2024), https://www.youtube.com/watch?v=i9iyGCReEHk)

Tiffany Au Luna-Vides "I'm In Love" Lyrics (transcribed from Official Lyrics Video, available at: https://www.youtube.com/watch?v=i9iyGCReEHk)

Got my heart beating when you move around like that (yes you do!)
Got my mind racing with that sweet smile (Ooo!)
Think my destiny is tied with you (soulmate)
I'm in love
I'm intoxicatingly in love

More beautiful than a bouquet of roses, baby, you are heavenly
I dream about our entire lives together
It's hard to stay focused!
Want to cherish you the way you deserve
You want nothing but the best
You motivate me to be the best version of myself
Tell me about your dreams, past, and passions
I want to know them all
And love every single side of you from now until the end of time
Know that this will last forever, we just have to believe

**Chorus**

Got my heart beating when you around like that (yes you do!)
Got my mind racing with that sweet smile (Ooo!)
Think my destiny is tied with you (soulmate)
I'm in love
I'm intoxicatingly in love

(Repeat)

Got me weak to my knees, how did you easily do that?
Delight by the sparkle in your eyes? (let's make 'em glow)
Keep enticing me sunshine
I know that I'm coming on strong, like it's all a fantasy
But, by the sound of my voice, you know it's coming from my heart
Courtship you be tenderly light of my life
You taste so good whether you are sugar or spice
Like a fairy tale, this will never end

**Chorus**

Got my heart beating when you move around like that (yes, you do!)
Got my mind racing with that sweet smile (Ooo!)
Think my destiny is tied with you (soulmate)
I'm in love
I'm intoxicatingly in love

(repeat)

# Exhibit F

Lyrics of "Espresso" by Sabrina Carpenter

Defendants' Mot. to Dismiss Pl.'s Compl.
& Mem. of Law in Supp.

*Luna-Vides v. Carpenter*,
No. 4:24-cv-03215 (S.D. Tex.)



Say you can't sleep, baby, I know
That's that me espresso

Is it that sweet? I guess so
Mm, that's that me espresso

Source: Musixmatch

Songwriters: Julian C. Bunetta / Amy Allen / Stephenie Nicole Jones / Sabrina Annlynn Carpenter

Espresso lyrics © Reservoir Media Music, Dragon Bunny Music, Songs Of Universal Inc., Music Of Big Family, Sabalicious Songs, Smells Like Good Music

 YouTube · 7clouds    6.3M+ views · 6 months ago    ⋮

## Sabrina Carpenter - Espresso (Lyrics)

Follow the official 7clouds playlist on Spotify : http://spoti.fi/2SJsUcZ **Sabrina Carpenter** - Espresso (**Lyrics**) ⬇️ Download / Stream: ...

2:55

## People also ask  ⋮

Why is the Espresso song so popular?

Is Espresso the song of the summer?

Does Sabrina Carpenter write her own songs?

What song is Sabrina Carpenter famous for?

Feedback

 YouTube · Sabrina Carpenter    211.9M+ views · 6 months ago    ⋮

## Sabrina Carpenter - Espresso (Official Video)

Stream "**Espresso**" here: https://**SabrinaCarpenter**.lnk.to/**Espresso** Listen to Short n' Sweet, ...

3:21

 Genius    https://genius.com › Sabrina-carpenter-espresso-lyrics    ⋮

## Sabrina Carpenter – Espresso Lyrics

Apr 11, 2024 — **Move it up, down, left, right, oh** · Switch it up like Nintendo · Say you can't sleep, baby, I know. That's that me espresso [Verse 1]

When did Sabrina Carpenter...    Who produced "Espresso" by...

 YouTube · Sabrina Carpenter    3.4M+ views · 5 months ago    ⋮

## Sabrina Carpenter - Espresso (Lyric Video)

Stream "**Espresso**" here: https://**SabrinaCarpenter**.lnk.to/**Espresso** Watch the "**Espresso**" official music video: ...

2:56

 NBC    https://www.nbc.com › nbc-insider › sabrina-carpenter-es...    ⋮

## What Sabrina Carpenter's "Espresso" Is Really About

May 17, 2024 — "I know I Mountain Dew it for ya (yes). That morning coffee, brewed it for ya (yes). One touch and I brand-newed it for ya," she sings.

 them.us   https://www.them.us › Entertainment › music  ⋮

### I Asked a Grammarian to Help Me Unpack "That's ... - Them.us

May 7, 2024 — **Sabrina Carpenter's "Espresso"** is the definition of an earworm: the bouncy bop wriggles its way into your brain and never leaves.

🎵 TikTok · Sabrina Carpenter    58.6M+ views · 1 week ago  ⋮

### Sabrina Carpenter (@sabrinacarpenter)'s video of that's that ...

8.1M Likes, 16.7K Comments. TikTok video from **Sabrina Carpenter** (@**sabrinacarpenter**): "". that's that me **espresso**. and then i go and spoil it ...

▶ 0:07

⭐ Virgin Radio UK   https://virginradio.co.uk › music › why-are-people-arguin...  ⋮

### Why are people arguing about Sabrina Carpenter's ...

May 29, 2024 — The pre-chorus is equally playful: "Soft skin and I perfumed it for ya / I know I Mountain Dew it for ya / That morning coffee, brewed it for ya ...

▶ YouTube · Dan Music    859K+ views · 4 months ago  ⋮

### @sabrinacarpenter - Espresso (Lyrics)

**Sabrina Carpenter - Espresso (Lyrics)** Stream "Espresso" by Sabrina Carpenter: https://SabrinaCarpenter.lnk.to/Espresso Follow Sabrina ...

▶ 2:57

 TODAY.com   https://www.today.com › popculture › music › sabrina-ca...  ⋮

### Sabrina Carpenter 'Espresso' Lyrics: Meaning Of Viral Song

May 2, 2024 — What does 'Espresso' mean? **The lyrics tell a story of a love as energizing and lightly addictive as caffeine.** It's the kind of spark that might ...

## People also search for  ⋮

| Espresso | Please Please Please | Feather | Nonsense | Fortnight | Taste |
|---|---|---|---|---|---|

Feedback

| | | |
|---|---|---|
| Espresso Sabrina Carpenter lyrics **meaning** 🔍 | Espresso Sabrina Carpenter **wiki** 🔍 |
| Sabrina Carpenter Espresso **videos** 🔍 | Espresso lyrics **English** 🔍 |
| Sabrina Carpenter - Espresso lyrics **clean** 🔍 | Sabrina Carpenter - **Please Please Please** lyrics 🔍 |
| Espresso **song** 🔍 | Sabrina Carpenter **videos** 🔍 |

**1** 2 3 4 5 6 7 8 9 10    Next

10/25/24, 6:22 PM
sabrina carpenter espresso lyrics - Google Search
Case 4:24-cv-03215    Document 15-1    Filed on 12/23/24 in TXSD    Page 47 of 52

# Exhibit G

Declaration of Sabrina Annlynn Carpenter

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY AUTUMN LUNA-VIDES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 4:24-cv-03215 |
| v. | ) | |
| | ) | Judge Charles R. Eskridge III |
| SABRINA ANNLYNN CARPENTER, | ) | Magistrate Judge Christina A. Bryan |
| and ISLAND DEF JAM MUSIC | ) | |
| GROUP, | ) | |
| | ) | |
| Defendants. | | |

## <u>DECLARATION OF SABRINA ANNLYNN CARPENTER</u>

1.      My name is Sabrina Annlynn Carpenter.  I am over 21 years of age, have never been convicted of a felony or crime of moral turpitude, and am personally familiar with the facts stated herein. I hereby declare that all facts stated herein are true and correct and I am giving this declaration freely and voluntarily.

2.      I am an actress, singer, songwriter and recording/performing artist, and am named as a Defendant in the above-referenced action.

3.      I am signed to an exclusive recording agreement with Island Records, a division of UMG Recordings, Inc. (incorrectly named herein as "Island Def Jam Music Group;" hereinafter, "Island"), which also is named as a Defendant in the above-referenced action.

4.      I respectfully submit this declaration on personal knowledge as to the matters stated herein and in support of the Defendants' motion to dismiss Plaintiff's action for copyright infringement in its entirety.

5.      In this action, I understand that Plaintiff claims that the "beat" and "lyrics" of the musical composition "Espresso" infringe upon her claimed copyright in a musical composition entitled "I'm In Love."

6.      I wrote the musical composition "Espresso," along with songwriters Julian Bunetta, Stephenie Jones and Amy Allen.

7.      I also am the featured recording artist on the sound recording of "Espresso," which appears on my album entitled *Short N' Sweet* ("the Album").

8.      I reside in Los Angeles, California, having moved there from Pennsylvania to pursue my acting career. Since 2018, California has been my permanent domicile. I have never (i) resided (ii) owned or maintained property, nor (iii) spent any significant amount of time in the State of Texas, other than on sporadic concert dates (perhaps a dozen) on various national performance tours dating back to 2016.

9.      Further, no aspect of the writing or recording process for the song "Espresso," or the filming of the accompanying music video, took place in Texas. In fact, I began writing the lyrics and musical composition for "Espresso" in or around July 2023, after a concert in Paris, France. I was in a small coffee shop/creperie, and I began thinking of espresso as a metaphor for a woman whose presence captivates and keeps men up at night. The lyrics and theme of the song are about embracing one's self-confidence as a woman, and seeing femininity as a superpower.

10.     We initially began recording certain aspects of "Espresso" at Flow Studios in Chailland, France in July 2023. Subsequently, I worked with other collaborators on the lyrics, musical composition and sound recording of the song at Perch Studios in Calabasas,

California, and The Nest Recording Studio in Nashville, Tennessee from July 2023 to February 2024, at which point the track largely was completed. Further, the accompanying music video for "Espresso," which features me (among others), was principally filmed at Castaic Lake, in Los Angeles County, California, on March 26-27, 2024.

11.    Island and I began teasing the release of "Espresso" as the first single from the Album as early as April 4, 2024, with press releases, social media posts and billboard signage being displayed in California. I formally posted about "Espresso" on my social media accounts on or about April 8, 2024, along with its upcoming release date and cover artwork. On or about April 11, 2024, Island released the sound recording for "Espresso," as well as the music video. I also performed "Espresso" live for the first time during my concert set at the Coachella Music Festival in Indio, California on April 12, 2024.

12.    I am advised that Plaintiff filed a similar copyright infringement claim in the 152nd District Court for the State of Texas, Case No. 2024-27736 on or about April 30, 2024, which was dismissed by court order entered September 20, 2024 (the "State Court Case").

13.    At no time prior to the filing of the State Court Case had I ever heard (i) of Plaintiff, (ii) her song "I'm In Love," (iii) her album *Luminescence*, or (iv) any of her music. I first heard of Plaintiff, and first heard of her song, from my legal representatives several months after the filing of the State Court Case.

14.    No one ever provided to me, played to or performed for me, nor discussed in any way with me, Plaintiff's song "I'm In Love," or any other song from Plaintiff's album *Luminescence*, or any of her music prior to the State Court Case.

3

15.     The other "Espresso" songwriters, musicians and I created the musical composition and sound recording independently, and did not copy any musical compositions created by anyone, including Plaintiff.

16.     I also have been informed that Plaintiff contends that I had access to her song because, purportedly, I "hung out" with Justin Bieber and his wife, Hailey Baldwin Bieber (the "Biebers") at the Coachella Music Festival during the week that the song "Espresso" was released.  I did not have any communications with the Biebers at the Coachella Music Festival.  Further, neither the Biebers, nor any of their representatives, ever gave me any copy of Plaintiff's song "I'm In Love," or any song from Plaintiff's album *Luminescence*, or any of Plaintiff's music at any time.  I have never even discussed Plaintiff with the Biebers, nor did they play any of her music for me, at any point in time.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: _____          _____
             12/20/2024                                         Sabrina Annlynn Carpenter

4