IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIFFANY AUTUMN LUNA-VIDES,       )<br>                                                           )<br>         Plaintiff,                                  )<br>                                                           )     Civil No. 4:24-cv-03215<br>    v.                                                 )<br>                                                           )     Judge Charles R. Eskridge III<br>SABRINA ANNLYNN CARPENTER,  )     Magistrate Judge Christina A. Bryan<br>and ISLAND DEF JAM MUSIC         )<br>GROUP,                                            )<br>                                                           )<br>         Defendants.                           ) | |

**NOTICE OF NON-OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF NO. 15)**

On December 23, 2024, Defendants Sabrina Annlynn Carpenter ("Carpenter") and Island Records, a division of UMG Recordings, Inc. (improperly named herein as "Island Def Jam Music Group") ("UMG"), (Carpenter and UMG, collectively, "Defendants") filed a Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support ("Defendants' Motion"). (ECF No. 15.) Plaintiff has not timely filed any opposition to Defendants' Motion and it is now ripe for determination by the Court.

Pursuant to Local Rule 7.3, the submission day for Defendants' Motion was January 13, 2025. The deadline for any response to Defendants' Motion was likewise January 13, 2025. (L.R. 7.4(A); Court Procedures ¶ 17(f) (Hon. Charles R. Eskridge III).) Plaintiff has not filed any response to Defendants' Motion using the Court's Electronic Case Filing system. Nor has Plaintiff provided any response outside of the Court's Electronic Case Filing system to counsel for Defendants.

Accordingly, Defendants' Motion is presumably unopposed. Defendants contend that briefing on Defendants' Motion is completed and that the motion is ripe for determination by the Court.

There is also a benefit to the Court's prompt determination of Defendants' Motion because, in the event that the Court grants Defendants' Motion in advance of the upcoming Initial Pretrial and Scheduling Conference, that conference may not be necessary and both public and private resources may be conserved for other matters.

Dated: January 17, 2025

Respectfully submitted,

/s/ Michael D. Karson
Michael D. Karson
  *Attorney-in-Charge*
  State Bar No. 24090198
  S.D. Texas Bar No. 3293023
WINSTEAD PC
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Tel.: 214.745.5400
Fax: 214.745.5390
Email: mkarson@winstead.com

*Attorney for Defendants Sabrina Annlynn Carpenter and Island Records, a division of UMG Recordings, Inc.*

OF COUNSEL:

Cathryn A. Berryman
  State Bar No. 02252990
WINSTEAD PC
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Tel.: 214.745.5400
Fax: 214.745.5390
Email: cberryman@winstead.com

**CERTIFICATE OF SERVICE**

On January 17, 2025, I filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2):

Tiffany Autumn Luna-Vides
6822 Avenue V, Unit # 2
Houston, Texas 77011
tiffanyslullaby@gmail.com
business@tiffanyaluna.com

                                                   */s/ Michael D. Karson*
                                                   Michael D. Karson