IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION    x

United States Courts
Southern District of Texas
FILED

FEB 11 2025

Nathan Ochsner, Clerk of Court

**Tiffany A. Luna-Vides**,
Plaintiff,

Civil No. 4:24-cv-03215

Judge Charles R. Eskridge III
Magistrate Judge Christina A. Bryan

v.

**Sabrina Annlynn Carpenter,**

**And Island Def Jam Music Group**

Defendants.

PLAINTIFF'S AFFIDAVIT IN
OPPOSITION TO
DEFENDANT'S MOTION TO D

1. I am the plaintiff in this action, and I respectfully submit this affidavit/affirmation in opposition to the motion dated "Motion to Dismiss the Complaint" made by the defendants, Sabrina Annlynn Carpenter, Island Def Jam Records and their legal team, Winstead PC, Monday, December 23rd, 2024.

2. I have personal knowledge of facts which bear on this motion.

3. The motion should be denied because copyright law *is* federal law, meaning the location of the infringing doesn't matter, and I had every right to file in my city or in theirs. Despite them attaching the screenshots of exposing Sabrina Carpenter plagiarizing my song on my website, I still have *beyond* more evidence I would like the opportunity to present.

4. I didn't file my Motion To Oppose on time as I was tricked by the defendants when they asked me for my "response" in their Motion To Dismiss, believing I didn;t need to file a responding document as well with the court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

_____
[signature]

Tiffany Autumn Luna-Vides
[type or print name]

6822 Avenue V Unit #2, Houston, TX 77011
Address

**OR:**

The notary fills out this section.

Subscribed before me this day of
FEBRUARY 11_____, 20 25

_____
NOTARY



ELIZABETH MARTINEZ
133766575
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 17, 2026