IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIFFANY AUTUMN LUNA-VIDES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SABRINA ANNLYNN CARPENTER, ) <br> and ISLAND DEF JAM MUSIC ) <br> GROUP, ) <br> ) <br> Defendants. ) | Civil No. 4:24-cv-03215 <br><br> Judge Charles R. Eskridge III <br> Magistrate Judge Christina A. Bryan |

**INDEX OF ADDITIONAL EXHIBITS IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Exhibits A–G in support of Defendants' Motion to Dismiss Plaintiff's Complaint were previously filed with the Court along with the Motion to Dismiss. (ECF No. 15-1.) This index details additional exhibits in support of the Motion to Dismiss that Defendants submit with their Reply in Support of their Motion to Dismiss.

| Ex. | Description |
|---|---|
| H | E-mail from Michael D. Karson, counsel for Defendants, to Tiffany Luna-Vides, Plaintiff (Dec. 23, 2024). |
| I | E-mail from Tiffany Luna-Vides, Plaintiff, to Michael D. Karson, counsel for Defendants (Dec. 11, 2024). |
| J | E-mail from Michael D. Karson, counsel for Defendants, to Tiffany Luna-Vides, Plaintiff (Jan. 17, 2025). |

# Exhibit H

E-mail from Michael D. Karson, counsel for Defendants, to
Tiffany Luna-Vides, Plaintiff (Dec. 23, 2024).

**Karson, Michael**

| | |
|---|---|
| **From:** | Karson, Michael |
| **Sent:** | Monday, December 23, 2024 11:43 AM |
| **To:** | Songs Lullaby |
| **Subject:** | RE: Luna-Vides v. Carpenter, No. 4:24-cv-03215 (S.D. Tex.) |

Thank you for your quick response. I hope you have a Merry Christmas.

Best regards,
Mike

**Michael D. Karson**
214.745.5335

**From:** Songs Lullaby <tiffanyslullaby@gmail.com>
**Sent:** Monday, December 23, 2024 11:41 AM
**To:** Karson, Michael <mkarson@winstead.com>
**Subject:** Re: Luna-Vides v. Carpenter, No. 4:24-cv-03215 (S.D. Tex.)

Received and I accept electronic updates on the case.

On Mon, Dec 23, 2024, 11:15 a.m. Karson, Michael <mkarson@winstead.com> wrote:

> Dear Ms. Luna-Vides,
>
> As you know, I represent Sabrina Annlynn Carpenter ("Carpenter") and Island Records, a division of UMG Recordings, Inc. (improperly named as "Island Def Jam Music Group") ("UMG"). Earlier today, my clients filed a Motion to Dismiss the Complaint in the case styled *Luna-Vides v. Carpenter*, No. 4:24-cv-03215 (S.D. Tex.). Please find a copy of that filing with exhibits attached.
>
> Please confirm receipt of this email and that you are willing to accept service of case documents via electronic means. Please also let me know if you encounter any difficulties accessing the attached file.
>
> Best regards,
>
> Mike
>
> **Michael D. Karson,** Shareholder

Winstead PC  |  500 Winstead Building  |  2728 N. Harwood Street  |  Dallas, Texas 75201

214.745.5335 *direct*  |  214.745.5390 *fax* |  mkarson@winstead.com  |  www.winstead.com

---

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

# Exhibit I

E-mail from Tiffany Luna-Vides, Plaintiff, to
Michael D. Karson, counsel for Defendants (Dec. 11, 2024).

# Karson, Michael

| | |
|---|---|
| **From:** | Songs Lullaby <tiffanyslullaby@gmail.com> |
| **Sent:** | Wednesday, December 11, 2024 4:08 PM |
| **To:** | Karson, Michael |
| **Subject:** | Re: Luna-Vides v. Carpenter, No. 4:24-cv-03215 (S.D. Tex.) |

I **completely** oppose.

On Wed, Dec 11, 2024, 11:42 a.m. Karson, Michael <mkarson@winstead.com> wrote:

> Dear Ms. Luna-Vides,
>
> As you know, I represent Sabrina Annlynn Carpenter ("Carpenter") and Island Records, a division of UMG Recordings, Inc. (improperly named as "Island Def Jam Music Group") ("UMG"). We met at the September 20, 2024 motion to dismiss hearing in your Texas state court case, No. 2024-27736.
>
> My clients intend to file a Motion to Dismiss the Complaint in the federal court case, *Luna-Vides v. Carpenter*, No. 4:24-cv-03215 (S.D. Tex.). Under the Court's Procedures, we are required to try and confer with you regarding that motion before we file it. Please let us know when you are available for a phone call to discuss the motion.
>
> In summary, we intend to raise two main points in the Motion to Dismiss. *First*, the Complaint fails to state a claim upon which relief can be granted. *Second*, the Court does not have personal jurisdiction over Ms. Sabrina Carpenter so the claim against her should be dismissed for that independent reason.
>
> The Complaint fails to state a claim upon which relief can be granted because copyright infringement requires proof of copying, i.e., access to the allegedly protected work and substantial similarity to it. Your theory of access in the Complaint is implausible. You reference Ms. Carpenter allegedly hanging out with Justin Bieber and his wife "in the week the song [Espresso] was released" (i.e., Coachella in 2024). But "Espresso" was written and produced long before UMG released the song and Ms. Carpenter premiered it live at Coachella earlier this year. So any alleged "access" that Ms. Carpenter may have gained from the Biebers – and in point of fact, there was none – would have been long after "Espresso" was written and recorded. Moreover, there is no substantial similarity between the song you reference in your Complaint, "I'm In Love," and "Espresso."
>
> Without a plausible theory of access, the only other way you could demonstrate copyright infringement is through proof of "striking similarity" between the song you reference in your Complaint, "I'm In Love," and "Espresso." You do not allege such striking similarity, nor can you given that the songs do not sound similar at all and do not deal in similar themes. Moreover, proof of copyright infringement by "striking similarity" requires proof that the allegedly infringing

1

work could not have been independently created.  But, because "Espresso" was written and recorded long before Coachella in 2024, there is ample evidence of independent creation of "Espresso."

As to Ms. Carpenter, she does not live or reside in the State of Texas, she did not write or record "Espresso" in the State of Texas, and the music video for "Espresso" was not filmed in the State of Texas.  Ms. Carpenter does not have any contacts with the State of Texas that can justify the Court exercising personal jurisdiction over her in this case.

My colleague, Cathryn Berryman (cc'd here), plans to call you to discuss these issues and address any questions or concerns you have.  We welcome the opportunity to discuss these issues with you and ask that you please let us know whether or not you oppose the motion to dismiss my clients plan to file.

Best regards,

Mike


**Michael D. Karson,** Shareholder

Winstead PC  |  500 Winstead Building  |  2728 N. Harwood Street  |  Dallas, Texas 75201

214.745.5335 *direct*  |  214.745.5390 *fax* | mkarson@winstead.com  |  www.winstead.com

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

# Exhibit J

E-mail from Michael D. Karson, counsel for Defendants, to
Tiffany Luna-Vides, Plaintiff (Jan. 17, 2025).

## Karson, Michael

| | |
|---|---|
| **From:** | Karson, Michael |
| **Sent:** | Friday, January 17, 2025 1:15 PM |
| **To:** | tiffanyslullaby@gmail.com; business@tiffanyaluna.com |
| **Cc:** | Berryman, Cathryn |
| **Subject:** | Luna-Vides v. Carpenter, No. 4:24-cv-03215 (S.D. Tex.) |
| **Attachments:** | 0016 - 2025-01-17 Notice of Non-Opposition re [0015] Motion to Dismiss.pdf |

Dear Ms. Luna-Vides,

Earlier today, Defendants Sabrina Annlynn Carpenter ("Carpenter") and Island Records, a division of UMG Recordings, Inc. ("UMG") filed a Notice of Non-Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint.  Please find a file-stamped copy of that Notice attached.

Under the Court's rules, any opposition to Defendants' Motion was due by January 13, 2025.  You did not file any response or opposition to the Motion by that deadline.  To the extent that your failure to timely respond to the motion was inadvertent, please let me know and we will be happy to discuss the issue with you.

Best regards,
Mike

**Michael D. Karson,** Shareholder
Winstead PC  |  500 Winstead Building  |  2728 N. Harwood Street  |  Dallas, Texas 75201
214.745.5335 *direct*  |  214.745.5390 *fax* | mkarson@winstead.com  | www.winstead.com

1