United States District Court
For the District of Division

Tiffany A. Luna-Vides
(Plaintiff)
v.

Sabrina Annlynn Carpenter
(Defendant)

Case No. 4:24-cv-03215

United States Courts
Southern District of Texas
FILED

JUN 20, 2025

Nathan Ochsner, Clerk of Court

# OBJECTION

I, Tiffany A. Luna-Vides, OBJECT to the dismissal of this case because it was mishandled. The Federal court claimed "They had no jurisdiction over Sabrina" because of carelessness, simply using the state of Texas's courts reason from where I first filed the Copyright lawsuit, referring me to the FEDERAL COURT. The Federal court a HUNDRED percent has jurisdiction over Sabrina Annlynn Carpenter and her record label, because they are the FEDERAL Government. AND INVOLVED when I applied to have my musical works PROTECTED from this very thing.

Due to lack of resources, even self-help when it comes to the Federal court, I found myself extremely stressed on what to do, what paperwork to file, HOW DOES THE COURT WORK?! Mainly when it comes to WHEN to show evidence, do I wait till I see the judge at the court (as all of my past personal experience dealing with courts, I've never dealt with Federal), do I file some form and it works like that where there's the "Exhibits"? There is

not even a place online where to know what's going on with my case. :( In state courts, there's resources for low-income citizens (like me), like Houston Volunteer Lawyers, where you can ask questions and GET Guidance. At least in Texas, they even have TexasLawHelp.org, where there's self-help tips and all the forms you'll need to file, and if they don't, you're lead to the right place. ~~~~~~~ I am also not filthy rich like Sabrina Carpenter, where I can hire maids, assistants and coaches to do everything for me and that's why I am also disassociated from the world — Other life responsibilities (out of touch) demand me, like clients when I clean homes, doctor's appointments, legal time to attend to my cases, staying physically safe from Justin & Hailey Bieber trying to assassinate me, take care currently of car paperwork from a vehicle I recently purchased, DOMESTIC commitments like family, cleaning the house, pets, groceries and stuff. The paperwork I received for June 10th claimed "I denied to participate with opposing counsel" when I've clearly stated before that I would. I failed to participate in the Pretrial Conference because the day it was I thought it was for the next day, till I realized and all I did was hope for the best, like another court date or a notification of some sort to know what to do. Defendants ALSO FAILED to show up for the December 9th, 2024, 11 AM court but that wasn't holded up against them.

I plead that the Federal courts RETAIN the case.

*[signature]*

Friday, June 20th, 2025 @ 3:20 PM